NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KIMBERLY FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-5087
Kimberly.Frayn@usdoj.gov

*Representing the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> ADRIAN VELEZ-AVITIA, <br><br> Defendant | Case No. 2:18-CR-385-RFB-GWF <br><br> **Motion to Dismiss Indictment Without Prejudice** |

The government hereby moves for leave of the Court to dismiss the Indictment filed on or about November 28, 2018, without prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The matter is currently set for trial on or about April 8, 2019.

DATED this 19th day of February, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-385-RFB-GWF |
| Plaintiff | |
| vs. | **Order of Dismissal** |
| ADRIAN VELEZ-AVITIA, | |
| Defendant | |

IT IS HEREBY ORDERED that the government is granted leave to dismiss the Indictment in the above captioned case filed on or about November 28, 2018, without prejudice.

IT IS FURTHER ORDERED that the Indictment is dismissed without prejudice.

DATED: this  20th  day of    February    , 2019.

_____
RICHARD F. BOULWARE, II
UNITES STATES DISTRICT JUDGE